UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RIGOBERTO MENDEZ FIRPO,

                       Plaintiff,

      - against -

BARBERRY ROSE MANAGEMENT
COMPANY INC., et al,

                      Defendants.
-------------------------------------------------------------X

23-CV-5303 (JPO) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On June 22, 2023, Plaintiff commenced this action by filing the Complaint. (Dkt. 1.) But that same day, and again on June 23, 2023 and June 26, 2023, the Clerk Court noted on ECF that Plaintiff's filing of his Request For Summons was deficient, and instructed Plaintiff to re-file a correct Request For Summons. Plaintiff has not done so. Accordingly, by August 22, 2023, Plaintiff shall file a proper Request For Summons and proceed with service within 90 days after the filing of the Complaint, i.e., September 22, 2023. Failure to do so may result in dismissal of the action without prejudice. *See* Fed. R. Civ. P. 4(m).

                            SO ORDERED.

                            _____
                            ROBERT W. LEHRBURGER
                            UNITED STATES MAGISTRATE JUDGE

Dated: August 8, 2023
       New York, New York

Copies transmitted this date to all counsel of record.

1