```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RIGOBERTO MENDEZ FIRPO,                    :
                                           :     23-CV-5303 (JPO) (RWL)
                         Plaintiff,        :
                                           :
        - against -                        :     ORDER
                                           :
BARBERRY ROSE MANAGEMENT                   :
COMPANY INC., et al,                       :
                                           :
                         Defendants.       :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On February 1, 2024, the mediator reported that the parties have agreed to terms of resolution. Accordingly, by March 1, 2024, the parties shall file a letter addressing the requisite *Cheeks* factors, along with the settlement agreement.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 21, 2024
       New York, New York

Copies transmitted this date to all counsel of record.

1