UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RIGOBERTO MENDEZ FIRPO,

                        Plaintiff,

               -v-

BARBERRY ROSE MANAGEMENT
COMPANY INC., et al.,

                        Defendant.

23-CV-5303 (JPO) (RWL)

ORDER

J. PAUL OETKEN, District Judge:

      The Court has been notified that the parties have reached a settlement in this Fair Labor Standards Act ("FLSA") case, and they have submitted a proposed settlement for the Court's approval. (ECF No. 22.) The proposed settlement involves $34,000 to be allocated to Plaintiff Rigoberto Mendez Firpo in connection with his FLSA claims. (*Id.*) One-third of the settlement sum will be collected in attorney's fees and costs. (*Id.*).

      The Court has reviewed the terms of the proposed settlement and finds that they are fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 203, 206 (2d Cir. 2015).

      To that end, the proposed settlement at ECF No. 22 is approved, and the case is hereby DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction solely to resolve any disputes arising from the settlement agreement and the settlement of this action.

      The Clerk of Court is directed to close the motion at ECF No. 22 and to close the case.

      SO ORDERED.

Dated: April 4, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge